1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11
12   CHARLES E. SPAIN,                    Case No. 2:20-cv-10439-VAP (SHK)
13                    Petitioner,
                                          **ORDER ACCEPTING FINDINGS**
14          v.                            **AND RECOMMENDATION OF**
                                          **UNITED STATES MAGISTRATE**
15   MONA HOUSTON, Warden,                **JUDGE**
16                    Respondent.
17
18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
19   Habeas Corpus ("Petition"), the Motion to Dismiss the Petition ("MTD"), the
20   Opposition to the MTD ("Opposition"), the relevant records on file, and the Report
21   and Recommendation of the United States Magistrate Judge ("R&R"). See
22   Electronic Case filing Number ("ECF No.") 1, Pet.; ECF No. 9, MTD; ECF No.
23   12, Opp'n; ECF No. 13, R&R. No objections have been filed. The Court accepts
24   the findings and recommendation of the Magistrate Judge.
25   / / /
26   / / /
27   / / /
28   / / /

IT IS THEREFORE ORDERED that the MTD [ECF No. 9] is GRANTED, the Petition [ECF No. 1] is DENIED, and that Judgment be entered DISMISSING this action without prejudice.

Dated: July 1, 2021

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge